# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANSELL HEALTHCARE PRODUCTS, LLC          )
and ANSELL PROTECTIVE PRODUCTS, INC.     )
                                          )
               **Counterclaimants,**          )     **CASE NO.:  1:08-cv-585-RMC**
                                          )
     **v.**                             )
                                          )
TILLOTSON CORPORATION,                    )
                                          )
            **Counterclaim Defendant.**     )
_____)

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the admission

*pro hac vice* of attorney Thomas B. Kenworthy for purposes of this case.  Please see the attached

Declaration of Thomas B. Kenworthy in Support of Motion to Appear *Pro Hac Vice* in

compliance with the local rule.

                     Respectfully submitted,


                        ___/s/ David M. Morris_____
                        David M. Morris
                        D.C. Bar No. 432593
                        Morgan Lewis & Bockius LLP
                        1111 Pennsylvania Avenue, N.W.
                        Washington, DC  20004
                        dmorris@morganlewis.com

                        Attorneys for Ansell Healthcare Products, LLC
                          and Ansell Protective Products, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANSELL HEALTHCARE PRODUCTS
LLC, and ANSELL PROTECTIVE
PRODUCTS INC.,

                      Counterclaimants,

    v.

TILLOTSON CORPORATION,

                      Counterclaim Defendant.

C.A. 1:08-CV-585-RMC

DECLARATION OF THOMAS B. KENWORTHY
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

THOMAS B. KENWORTHY, acknowledging that this declaration is made subject to penalty of perjury, states that the following facts are true and correct:

1.      My full name is Thomas Bausman Kenworthy.

2.      My office address and telephone number are as follows:

        Morgan, Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, Pennsylvania 19103-2921
        (215) 963-5702

3.      I have been admitted to practice before, and am a member in good standing of, the bars of the following courts:

Supreme Court of Pennsylvania
United States Supreme Court
United States Court of Appeals for the 3rd Circuit
United States Court of Appeals for the 4th Circuit
United States Court of Appeals for the 5th Circuit
United States Court of Appeals for the 8th Circuit
United States Court of Appeals for the 9th Circuit
United States Court of Appeals for the 11th Circuit
United States Court of Appeals for the D.C. Circuit
United States Court of Appeals for the Federal Circuit
United States Court of Appeals for the Armed Forces
    (formerly United States Court of Military Appeals)
United States District Court for the Eastern District of
    Pennsylvania
United States District Court for the District of Arizona
United States District Court for the Northern District
    of Illinois
United States District Court for the Eastern District of
    Texas

4.    I hereby certify that I have never been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court in the last two years.

6.    I do not engage in the practice of law from an office located in the District

of Columbia.

DATED:   June 24, 2008

THOMAS B. KENWORTHY

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice*, and accompanying Declaration of Thomas B. Kenworthy in Support of Motion to Appear *Pro Hac Vice*, were served, via the Court's CM/ECF Electronic Filing system, this 24th day of June, 2008.

/s/  David M. Morris
David M. Morris
Washington D.C. Bar No. 432593

Morgan Lewis & Bockius, LLP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANSELL HEALTHCARE PRODUCTS, LLC** | ) | |
| **and ANSELL PROTECTIVE PRODUCTS, INC.** | ) | |
| | ) | |
| **Counterclaimants,** | ) | **CASE NO.:  1:08-cv-585-RMC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TILLOTSON CORPORATION,** | ) | |
| | ) | |
| **Counterclaim Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Appear *Pro Hac Vice* and the

Declaration of Thomas B. Kenworthy in Support of Motion to Appear *Pro Hac Vice*, it is hereby

**ORDERED**:

Plaintiffs' Motion for Leave to Appear *Pro Hac Vice* of Thomas B. Kenworthy is

**GRANTED**.


Date: _____          By: _____
                                              The Honorable Rosemary M. Collyer
                                              United States District Judge