CLOSED, TRANSFERRED, TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:08–cv–00585–RMC

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, et al. v. TILLOTSON CORPORATION | Date Filed: 04/04/2008 |
| Assigned to: Judge Rosemary M. Collyer | Date Terminated: 07/30/2008 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Case in other court: United States International Trade Commission, 333–TA–608 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1332 Diversity–Tort/Non–Motor Vehicle | Jurisdiction: Federal Question |

**Plaintiff**

**ANSELL HEALTHCARE PRODUCTS LLC**    represented by    **David Michael Morris**
MORGAN, LEWIS &BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202)739–3000
Fax: (202)739–3001
Email: dmorris@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Kenworthy**
MORGAN, LEWIS &BOCKIUS
1701 Market Street
Philadelphia, PA 19103–2921
(215) 963–5702
Fax: (215) 963–5001
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ANSELL HEALTHCARE PRODUCTS LLC**    represented by    **David Michael Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Kenworthy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ANSELL PROTECTIVE PRODUCTS INC.**    represented by    **David Michael Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Kenworthy**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**TILLOTSON CORPORATION**　　　　represented by　**Asha Camille Jennings**
KING &SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572–4600
Fax: (404) 572–5100
Email: ajennings@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Robert Meiners**
KING &SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626–2910
Fax: (202) 626–3737
Email: bmeiners@kslaw.com
*ATTORNEY TO BE NOTICED*

**Milton Russell Wofford, Jr.**
KING &SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572–4600
Fax: (404) 572–5100
Email: rwofford@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Paul Cummings**
KING &SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572–4600
Fax: (404) 572–5100
Email: scummings@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ANSELL HEALTHCARE PRODUCTS LLC**　　　　represented by　**David Michael Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Kenworthy**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ANSELL PROTECTIVE PRODUCTS INC.** represented by **David Michael Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B. Kenworthy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**TILLOTSON CORPORATION** represented by **Asha Camille Jennings**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Robert Meiners**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton Russell Wofford, Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Paul Cummings**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2008 | Ï 1 | NOTICE OF REMOVAL by ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC. from United States International Trade Commission, case number 337−TA−608. () filed by ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(tg, ) (Entered: 04/07/2008) |
| 04/04/2008 | Ï 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC. identifying Corporate Parent ANSELL LTD. for ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC.. (tg, ) (Entered: 04/07/2008) |
| 04/23/2008 | Ï 3 | MOTION for More Definite Statement *Pursuant to Rule 12(e)* by TILLOTSON CORPORATION (Attachments: # 1 Exhibit)(Meiners, Brian) (Entered: 04/23/2008) |

| | | |
|---|---|---|
| 04/28/2008 | Ï 4 | ENTERED IN ERROR.....CLAIM Amended Counterclaim by ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC.. (Morris, David) Modified on 4/29/2008 (nmw, ). (Entered: 04/28/2008) |
| 04/28/2008 | Ï 5 | AMENDED COUNTERCLAIM against TILLOTSON CORPORATION filed by ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC..(nmw, ) (Entered: 04/29/2008) |
| 05/15/2008 | Ï 6 | MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer* by TILLOTSON CORPORATION (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Meiners, Brian) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 7 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by TILLOTSON CORPORATION (Meiners, Brian) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 8 | MOTION to Transfer Case by TILLOTSON CORPORATION (tg, ) (See Docket Entry Number 6 to view document) (Entered: 05/16/2008) |
| 05/23/2008 | Ï 9 | DEMAND for Trial by Jury by ANSELL HEALTHCARE PRODUCTS LLC, ANSELL PROTECTIVE PRODUCTS INC.. (Morris, David) (Entered: 05/23/2008) |
| 05/30/2008 | ï 10 | ENTERED IN ERROR.....Memorandum in opposition to re 6 MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer* filed by ANSELL HEALTHCARE PRODUCTS LLC. (Attachments: # 1 Text of Proposed Order)(Morris, David) Modified on 5/30/2008 (tg, ). (Entered: 05/30/2008) |
| 05/30/2008 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 10 Memorandum in Opposition, was entered in error at the request of counsel. Counsel will refile said pleading. (tg, ) (Entered: 05/30/2008) |
| 05/30/2008 | ï 11 | Memorandum in opposition to re 6 MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer* filed by ANSELL HEALTHCARE PRODUCTS LLC. (Attachments: # 1 Declaration of David Morris in Support of Opposition, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Morris, David) (Entered: 05/30/2008) |
| 06/06/2008 | ï 12 | REPLY to opposition to motion re 6 MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer* filed by TILLOTSON CORPORATION. (Attachments: # 1 Exhibit H, # 2 Exhibit I, # 3 Exhibit J, # 4 Exhibit K)(Meiners, Brian) (Entered: 06/06/2008) |
| 06/09/2008 | Ï | MINUTE ENTRY ORDER. In light of Counter−Claimants' Amended Counterclaim, Counter−Defendant Tillotson Corporation's Motion for a More Definite Statement 3 is denied as moot. Signed by Judge Rosemary M. Collyer on 6/9/08. (lcrmc2) (Entered: 06/09/2008) |
| 06/11/2008 | ï 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Milton Russell Wofford, Jr., :Firm− King &Spalding LLP, :Address− 1180 Peachtree Street. Phone No. − 404−572−4600. Fax No. − 404−572−5100 by TILLOTSON CORPORATION (Meiners, Brian) (Entered: 06/11/2008) |
| 06/11/2008 | ï 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Asha Camille Jennings, :Firm− King &Spalding LLP, :Address− 1180 Peachtree Street, Atlanta, GA 30309. Phone No. − 404−572−4600. Fax No. − 404−572−5100 by TILLOTSON CORPORATION (Meiners, Brian) (Entered: 06/11/2008) |
| 06/12/2008 | Ï | MINUTE ENTRY ORDER granting 13 14 Motions for Leave to Appear Pro Hac Vice. Attorneys Milton Russell Wofford, Jr., and Asha Camille Jennings are hereby admitted pro hac vice to appear and participate as counsel in this matter. Signed by Judge Rosemary M. Collyer on 6/12/08. (lcrmc2) (Entered: 06/12/2008) |
| 06/18/2008 | ï 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Stephen Paul Cummings, :Firm− King &Spalding LLP, :Address− 1180 Peachtree St., Atlanta, GA 30309. Phone No. − |

| | | |
|---|---|---|
| | | 404–572–4600. Fax No. – 404–572–5100 by TILLOTSON CORPORATION (Meiners, Brian) (Entered: 06/18/2008) |
| 06/18/2008 | Ï | MINUTE ENTRY ORDER granting 15 Motion for Leave to Appear Pro Hac Vice. Attorney Stephen Paul Cummings is hereby admitted pro hac vice to appear and participate as counsel in this matter. Signed by Judge Rosemary M. Collyer on 6/18/08. (lcrmc2) (Entered: 06/18/2008) |
| 06/24/2008 | Ï 16 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Thomas B. Kenworthy, :Firm– Morgan, Lewis &Bockius, :Address– 1701 Market Street, Philadelphia, PA, 19103–2921. Phone No. – (215) 963–5702. Fax No. – (215) 963–5001 by ANSELL HEALTHCARE PRODUCTS LLC (Morris, David) (Entered: 06/24/2008) |
| 06/25/2008 | Ï | MINUTE ENTRY ORDER granting 16 Motion for Leave to Appear Pro Hac Vice. Attorney Thomas B. Kenworthy is hereby admitted pro hac vice to appear and participate as counsel in this matter. Signed by Judge Rosemary M. Collyer on 6/25/08. (lcrmc2) (Entered: 06/25/2008) |
| 07/11/2008 | Ï 17 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Morris, David) (Entered: 07/11/2008) |
| 07/29/2008 | Ï 18 | ENTERED IN ERROR.....MOTION to Stay by TILLOTSON CORPORATION (Jennings, Asha) Modified on 7/30/2008 (tg, ). (Entered: 07/29/2008) |
| 07/29/2008 | Ï 19 | MOTION to Stay by TILLOTSON CORPORATION (Attachments: # 1 Memorandum in Support of Motion to Stay, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O)(Jennings, Asha) Modified on 8/13/2008 to delete linkage to document number 18 wich was entered in error (tg, ). (Entered: 07/29/2008) |
| 07/30/2008 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: re 18 MOTION to Stay was entered in error and counsel refiled said pleading under docket entry number 19 . (tg, ) (Entered: 07/30/2008) |
| 07/30/2008 | Ï 20 | MEMORANDUM OPINION. Signed by Judge Rosemary M. Collyer on 7/30/08. (lcrmc2) (Entered: 07/30/2008) |
| 07/30/2008 | Ï 21 | ORDER denying 6 Defendant's Motion to Dismiss; and granting 8 Defendant's Motion to Transfer Case. This case shall be transferred to the United States District Court for the District of Delaware. Signed by Judge Rosemary M. Collyer on 7/30/08. (lcrmc2) (Entered: 07/30/2008) |
| 08/04/2008 | Ï 22 | MOTION for Reconsideration *of the Court's July 30, 2008 Order Transferring the Case to the District of Delaware* by ANSELL HEALTHCARE PRODUCTS LLC (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Morris, David) (Entered: 08/04/2008) |
| 08/12/2008 | Ï 23 | Memorandum in opposition to re 19 MOTION to Stay filed by ANSELL HEALTHCARE PRODUCTS LLC. (Attachments: # 1 Declaration of Thomas B. Kenworthy, # 2 Text of Proposed Order)(Morris, David) Modified to edit linkage on 8/13/2008 (tg, ). (Entered: 08/12/2008) |
| 08/13/2008 | Ï 24 | ANSWER to 5 Counterclaim by TILLOTSON CORPORATION. Related document: 5 Counterclaim filed by ANSELL PROTECTIVE PRODUCTS INC., ANSELL HEALTHCARE PRODUCTS LLC.(Jennings, Asha) (Entered: 08/13/2008) |
| 08/18/2008 | Ï 25 | Memorandum in opposition to re 22 MOTION for Reconsideration *of the Court's July 30, 2008 Order Transferring the Case to the District of Delaware* filed by TILLOTSON CORPORATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Jennings, Asha) (Entered: 08/18/2008) |

| | | |
|---|---|---|
| 08/22/2008 | ï 26 | ORDER denying 22 Ansell's Motion for Reconsideration; denying without prejudice as moot 19 Tillotson's Motion to Stay; and cancelling the telephone conference regarding the parties' discovery dispute(s). Signed by Judge Rosemary M. Collyer on 8/22/08. (KD) (Entered: 08/22/2008) |
| 08/22/2008 | ï 27 | REPLY to opposition to motion re 22 MOTION for Reconsideration *of the Court's July 30, 2008 Order Transferring the Case to the District of Delaware* filed by ANSELL HEALTHCARE PRODUCTS LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Morris, David) (Entered: 08/22/2008) |
| 09/04/2008 | Ï | Case transferred out to the USDC for the District of Delaware, pursuant to Court Order entered 7/30/2008. Sent to Court by CM/ECF Electronic Transfer. (tg, ) (Entered: 09/04/2008) |